| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) TREADWELL, MARC T. | 2. Court or Organization UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA | 3. Date of Report 05/10/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address P. O. BOX 65 MACON, GA 31202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Trustees | Mercer University |
| 2. | Member of Board of Trustees | The Peyton Anderson Foundation |
| 3. | Member of Board of Trustees | Walter F. George School of Law Foundation, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Mercer Law School - Salary | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed landscape architect (d/b/a WT Designs) |
| 2. 2017 | Self-employed real estate professional (d/b/a WT Development, LLC) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Peyton Anderson Foundation | September 14-17, 2017 | Orlando, Florida | Annual meeting of the Southeastern Council of Foundations | Hotel, meals, travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trust #2 | Mortgage on rental property #1, Fripp Island, SC (Part VII, line 3) | M |
| 2. | Merrill Lynch | Line of Credit-assets of Brkrg #1 (Part VII, lns 8-11) and Brkrg #3 (Part VII, lns 26-63) are collateral. | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Bank and Trust Company Accounts | | None | J | T | | | | | |
| 2. Bank of America (Y) | | | | | | | | | |
| 3. Rental Property #1, Fripp Island, South Carolina | D | Rent | O | W | | | | | |
| 4. Rental Property #2, Macon, Georgia | D | Rent | M | W | | | | | |
| 5. Rental Property #3, Macon, Georgia | D | Rent | L | W | | | | | |
| 6. Rental Property #4, Auburn, Alabama | E | Rent | M | W | | | | | |
| 7. Lincoln National Life - Survivorship universal life policy | | None | L | V | | | | | |
| 8. Brokerage #1 (H) | | | | | | | | | |
| 9. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 10. -SP500 Stepup Issuer BAC | | None | | | Sold | 05/30/17 | J | B | |
| 11. -Apple Inc. (common) | A | Dividend | K | T | | | | | |
| 12. Brokerage #2 (H) | | | | | | | | | |
| 13. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 14. -Amazon Com Inc (common) | | None | J | T | | | | | |
| 15. -American Express Company (common) | A | Dividend | J | T | Donated (part) | | | | |
| 16. | | | | | Sold (part) | 12/18/17 | J | D | |
| 17. -Ameriprise Financial Inc (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bristol-Myers Squibb Co (common) | A | Dividend | K | T | | | | | |
| 19. -Facebook Inc (common) | | None | J | T | | | | | |
| 20. -General Electric (common) | A | Dividend | | | Sold | 07/12/17 | J | D | |
| 21. -Halyard Health Inc. (common) | | None | J | T | | | | | |
| 22. -Home Depot Inc (common) | A | Dividend | L | T | | | | | |
| 23. -Johnson and Johnson (common) | A | Dividend | K | T | | | | | |
| 24. -Kimberly Clark (common) | B | Dividend | L | T | Sold (part) | 07/12/17 | J | D | |
| 25. -Zimmer Holdings Inc (common) | A | Dividend | J | T | | | | | |
| 26. Brokerage #3 (H) | | | | | | | | | |
| 27. -Merrill Lynch Cash Management Account | A | Dividend | J | T | | | | | |
| 28. -Apple Inc (common) | A | Dividend | K | T | | | | | |
| 29. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | | | | | |
| 30. -Ishares U.S. Industrials ETF | A | Dividend | J | T | | | | | |
| 31. -Powershares QQQ Trust SE 1 | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 32. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 33. -Ishares U.S. Technology | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 34. -Ishares S&P 500 Growth Index | A | Dividend | K | T | Buy | 04/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 36.   -Ishares Dow Jones US Healthcare | A | Dividend | J | T | Buy | 05/01/17 | J | | |
| 37.   -Ishares U.S. Real Estate | | | | | Sold | 01/09/17 | J | | |
| 38.   -Ishares S&P Smallcap 600 Growth | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 39. | | | | | Sold | 07/06/17 | J | B | |
| 40.   -SPDR S&P Midcap 400 ETF Trust | A | Dividend | | | Sold | 09/08/17 | J | A | |
| 41.   -Pioneer AMT Free Municipal Fund Cl Y | A | Dividend | | | Sold | 05/30/17 | J | A | |
| 42.   -Ishares Core S&P Mid-cap ETF | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 43. | | | | | Sold | 09/08/17 | J | A | |
| 44.   -Ishares MSCI Emerging Mkts | A | Dividend | K | T | Sold (part) | 12/21/17 | J | B | |
| 45. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 46. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 47.   -Ishares Morningstar Small Cap Value ETF | A | Dividend | | | Sold (part) | 05/30/17 | J | B | |
| 48. | | | | | Sold | 09/08/17 | J | A | |
| 49.   -Ishares Tr Russell 2000 | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 50. | | | | | Sold | 05/30/17 | J | A | |
| 51.   -Ishares U.S. Basic Materials ETF | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 53. | | | | | Sold (part) | 05/01/17 | J | B | |
| 54. | | | | | Sold | 09/08/17 | J | A | |
| 55. -Ishares U.S. Energy ETF | | None | | | Buy | 01/09/17 | J | | |
| 56. | | | | | Sold | 02/06/17 | J | | |
| 57. -Ishares S&P Smallcap 600 Value | A | Dividend | | | Sold | 04/03/17 | J | A | |
| 58. | | | | | Sold | 05/30/17 | J | A | |
| 59. -Ishares Dow Jones US Index Fund | A | Dividend | K | T | Sold (part) | 04/03/17 | K | B | |
| 60. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 61. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 62. -Ishares MSCI EAFE Index Fund ETF | A | Dividend | K | T | Buy | 04/25/17 | J | | |
| 63. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 64. IRA #1 (H) | | | | | | | | | |
| 65. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 66. -Delaware Corporate Bond Fund Instl Cl | A | Dividend | J | T | | | | | |
| 67. -Alabama Group Holding LT (common) | | None | J | T | Buy | 10/27/17 | J | | |
| 68. -Apple Inc (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 70. | | | | | Sold (part) | 10/27/17 | J | A | |
| 71. -Ishares U.S. Healthcare | A | Dividend | J | T | Buy | 05/01/17 | J | | |
| 72. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 73. | | | | | Sold (part) | 10/27/17 | J | A | |
| 74. -Ishares U.S. Technology | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 75. | | | | | Sold (part) | 10/27/17 | J | A | |
| 76. -Ishares S&P 500 Growth | A | Dividend | J | T | Buy | 04/25/17 | J | | |
| 77. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 78. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 79. | | | | | Sold (part) | 10/27/17 | J | A | |
| 80. -Ishares S&P Smallcap 600 Growth | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 81. | | | | | Sold | 07/06/17 | J | A | |
| 82. -Ishares S&P 500 Value | | None | | | Buy | 07/10/17 | J | | |
| 83. | | | | | Sold | 09/08/17 | J | | |
| 84. -Powershares QQQ Trust SE 1 | A | Dividend | J | T | Buy (add'l) | 04/25/17 | J | | |
| 85. | | | | | Buy (add'l) | 07/10/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 87. | | | | | Sold (part) | 10/03/17 | J | B | |
| 88. | | | | | Sold (part) | 10/27/17 | J | A | |
| 89. -SPDR S&P Midcap 400 ETF Trust | A | Dividend | | | Sold | 07/10/17 | J | B | |
| 90. -Ishares MSCI Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 04/25/17 | J | | |
| 91. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 92. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 93. | | | | | Sold (part) | 10/27/17 | J | A | |
| 94. -Ishares MSCI EAFE | A | Dividend | J | T | Buy | 04/25/17 | J | | |
| 95. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 96. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 97. | | | | | Sold (part) | 10/27/17 | J | A | |
| 98. -Ishares S&P Midcap 400 Growth | | None | | | Buy | 07/10/17 | J | | |
| 99. | | | | | Sold | 09/08/17 | J | | |
| 100. -Ishares S&P Smallcap 600 Value | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 101. | | | | | Sold | 07/06/17 | J | A | |
| 102. -Ishares Tr Russell 2000 | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 07/06/17 | J | A | |
| 104. | | | | | Buy | 10/03/17 | J | | |
| 105. | | | | | Sold (part) | 10/27/17 | J | | |
| 106.  -Ishares US Energy ETF | | None | | | Buy | 01/09/17 | J | | |
| 107. | | | | | Sold | 02/06/17 | J | | |
| 108.  -Ishares US Industrials ETF | A | Dividend | J | T | Sold (part) | 10/27/17 | J | A | |
| 109.  -Ishares Dow Jones US Basic Materials ETF | A | Dividend | | | Buy | 02/06/17 | J | | |
| 110. | | | | | Sold | 05/01/17 | J | A | |
| 111.  -Ishares US Real Estate | | None | | | Sold | 01/09/17 | J | | |
| 112.  -Ishares Dow Jones US Index Fund ETF | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 113. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 114. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 115. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 116. | | | | | Sold (part) | 10/27/17 | J | A | |
| 117.  IRA #2 (H) | | | | | | | | | |
| 118.  -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |
| 119.  -American Cap Wrld Gr & Income Fund A | A | Dividend | | | Sold | 11/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Cap World Gr & Income Fund F-2 (X) | C | Dividend | J | T | | | | | |
| 121. -Apple Inc (Common) | A | Dividend | K | T | | | | | |
| 122. -Express Scripts Hldg Co (Common) | | None | | | Sold | 11/01/17 | J | | |
| 123. -Wisdomtree Trust Emerging Markets High Dividend Fund | A | Dividend | | | Sold | 11/01/17 | J | | |
| 124. -Alababa Group Holding LTD | | None | J | T | | | | | |
| 125. -Novo Nordisk A S ADR | A | Dividend | J | T | | | | | |
| 126. -Southern Company (common) | A | Dividend | | | Sold | 11/01/17 | J | A | |
| 127. -Tractor Supply Co (common) | A | Dividend | | | Sold | 11/01/17 | J | | |
| 128. -Ishares MSCI Emerging Markets Index Fund | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 129. -CVS Health Corp (common) | | None | J | T | Buy | 11/01/17 | J | | |
| 130. -Amazon Com Inc (common) | | None | J | T | Buy | 11/01/17 | J | | |
| 131. 401(k) Retirement Plan (H) | | | | | | | | | |
| 132. -American Funds - Growth Fund of America-R3 | E | Dividend | N | T | | | | | |
| 133. -American Funds - Investment Company of America-R3 | D | Dividend | M | T | | | | | |
| 134. -American Funds - Fundamental Investors-R3 | E | Dividend | M | T | | | | | |
| 135. IRA #3 (H) | | | | | | | | | |
| 136. -Merrill Lynch cash holding account | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Delaware Corporate Bond Fund Instl Cl | A | Dividend | J | T | | | | | |
| 138. -Amazon Com Inc | | None | J | T | Buy | 10/27/17 | J | | |
| 139. -Apple Inc (common) | A | Dividend | K | T | | | | | |
| 140. -Ishares U.S. Financial Services ETF | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 141. | | | | | Sold (part) | 10/27/17 | J | A | |
| 142. -Ishares U.S. Healthcare | A | Dividend | J | T | Buy | 05/01/17 | J | | |
| 143. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 144. | | | | | Sold (part) | 10/27/17 | J | A | |
| 145. -Ishares U.S. Technology | A | Dividend | J | T | Sold (part) | 07/10/17 | J | A | |
| 146. | | | | | Sold (part) | 10/27/17 | J | A | |
| 147. -Ishares S&P 500 Growth | A | Dividend | J | T | Buy | 04/25/17 | J | | |
| 148. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 149. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 150. | | | | | Sold (part) | 10/27/17 | J | B | |
| 151. -Ishares U.S. Real Estate | | None | | | Sold | 01/09/17 | J | | |
| 152. -Ishares S&P Smallcap 600 Growth | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 153. | | | | | Sold | 07/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Ishares S&P 500 Value | | None | | | Buy | 07/10/17 | J | | |
| 155. | | | | | Sold | 09/08/17 | J | | |
| 156.  -Powershares QQQ Trust SE 1 | A | Dividend | J | T | Buy (add'l) | 04/25/17 | J | | |
| 157. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 158. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 159. | | | | | Sold (part) | 10/03/17 | J | A | |
| 160. | | | | | Sold (part) | 10/27/17 | J | A | |
| 161.  -SPDR S&P Midcap 400 ETF Trust | A | Dividend | | | Sold | 07/10/17 | J | B | |
| 162.  -Ishares MSCI Emerging Markets | A | Dividend | J | T | Buy (add'l) | 04/25/17 | J | | |
| 163. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 164. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 165. | | | | | Sold (part) | 10/27/17 | J | A | |
| 166.  -Ishares MSCI EAFE | A | Distribution | J | T | Buy | 04/25/17 | J | | |
| 167. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 168. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 169. | | | | | Sold (part) | 10/27/17 | J | B | |
| 170.  -S&P Midcap 400 Growth | | None | | | Buy | 07/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 09/08/17 | J | | |
| 172. -Ishares S&P Smallcap 600 Value | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 173. | | | | | Sold | 07/06/17 | J | A | |
| 174. -Ishares Russell 2000 Index ETF | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 175. | | | | | Sold | 07/06/17 | J | A | |
| 176. | | | | | Buy | 10/03/17 | J | | |
| 177. | | | | | Sold (part) | 10/27/17 | J | | |
| 178. -Ishares U.S. Energy | | None | | | Buy | 01/09/17 | J | | |
| 179. | | | | | Sold | 02/06/17 | J | | |
| 180. -Ishares U.S. Industrials ETF | A | Dividend | J | T | Sold (part) | 10/27/17 | J | A | |
| 181. -Ishares U.S. Basic Materials ETF | A | Dividend | | | Buy | 02/06/17 | J | | |
| 182. | | | | | Sold | 05/01/17 | J | A | |
| 183. -Ishares Dow Jones US Index Fund ETF | A | Dividend | J | T | Sold (part) | 04/03/17 | J | A | |
| 184. | | | | | Buy (add'l) | 04/25/17 | J | | |
| 185. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 186. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 187. | | | | | Sold (part) | 10/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Trust #1 (H) | | | | | | | | | |
| 189.  -PWM Fiduciary Master Dep Acct | A | Int./Div. | K | T | | | | | |
| 190.  -Exxon Mobil Corp (Common) | B | Dividend | K | T | | | | | |
| 191.  -Praxair Inc (Common) | A | Dividend | K | T | | | | | |
| 192.  -General Electric Co (Common) | B | Dividend | L | T | | | | | |
| 193.  -Home Depot Inc (Common) | C | Dividend | M | T | | | | | |
| 194.  -Coca-Cola Co (Common) | A | Dividend | J | T | | | | | |
| 195.  -Colgate Palmolive Co (Common) | B | Dividend | L | T | | | | | |
| 196.  -Kimberly Clark Corp (Common) | A | Dividend | K | T | | | | | |
| 197.  -Bristol Myers Squibb Co (Common) | A | Dividend | K | T | | | | | |
| 198.  -Johnson & Johnson (Common) | C | Dividend | M | T | | | | | |
| 199.  -American Express Co (Common) | A | Dividend | K | T | | | | | |
| 200.  -JP Morgan Chase & Co (Common) | B | Dividend | L | T | | | | | |
| 201.  -Wells Fargo & Co New (Common) | | None | | | Sold | 01/09/17 | K | D | |
| 202.  -Intel Corp (Common) | B | Dividend | L | T | | | | | |
| 203.  -Microsoft Corp (Common) | B | Dividend | M | T | | | | | |
| 204.  -Verizon Communications (Common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. -Oppenheimer Funds - Developing Markets Fd-I | A | Dividend | J | T | | | | | |
| 206. -Capital One Fncl Corp (Common) | A | Dividend | K | T | | | | | |
| 207. -International Business Machines Corp (Common) | A | Dividend | J | T | | | | | |
| 208. -Blackrock Inc Cl A (Common) | A | Dividend | K | T | | | | | |
| 209. -ConocoPhilips (Common) | A | Dividend | K | T | | | | | |
| 210. -Alphabet Inc Cl A (Common) | | None | J | T | | | | | |
| 211. -Disney Walt Co New (Common) | A | Dividend | L | T | | | | | |
| 212. -Allstate Corp (Common) | A | Dividend | K | T | | | | | |
| 213. -Alphabet Inc Cl C (Common) | | None | J | T | | | | | |
| 214. | | | | | | | | | |
| 215. Trust #2 (H) | | | | | | | | | |
| 216. -PWM Fiduciary Master Dep Acct | A | Int./Div. | | | Closed | 12/31/17 | J | | |
| 217. -Abbott Labs (Common) | A | Dividend | K | T | | | | | |
| 218. -Intel Corp (Common) | A | Dividend | J | T | | | | | |
| 219. -Oppenheimer Funds - Developing Markets Fd-I | | None | | | Donated | | | | |
| 220. -Note Rec. (Mortgage on rental prop #1-Part VI, Ln 1) | | None | M | U | | | | | |
| 221. -Alphabet Inc Cl A (Common) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Abbvie Inc (Common) | A | Dividend | K | T | | | | | |
| 223.  -Alphabet Inc Cl C (Common) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Line 7:  The value of the universal life policy in Column C(1) is the contract value as of  12/31/2017.

Part VII, Lines 119 and 120: On 11/6/2017, the shares of American Funds Capital World Growth and Income Fund Cl A were exchanged for shares in American Funds Capital Word Growth and Income Fund Cl F-2.  The type of transaction on line 119 was entered as a "sale" because there is no transaction description for "exchanges" of mutual funds. There was no gain or loss on the exchange transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARC T. TREADWELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544